PROB 12C
ED/AR (08/2022)




**United States District Court**

**for the**

**Eastern District of Arkansas**

**SUPERSEDING PETITION**
**(Replacing previously filed petition, Docket Entry 47)**

Name of Offender: Jaycob Luke Anderson  Case Number: 4:21-CR-00170-BSM-1

Name of Sentencing Judicial Officer: Honorable Brian S. Miller
U.S. District Judge

Original Offense: Manufacturing Counterfeit Currency

Date of Sentence: March 10, 2022

Original Sentence: 46 months Bureau of Prisons followed by 3 years supervised release

Type of Supervision: Supervised Release  Date Supervision Commenced: October 24, 2024
Date Supervision Expires: October 23, 2027

U. S. Probation Officer: Talia McDaniel  Asst. U.S. Attorney: Stacy Williams  Defense Attorney: Laurtaneous Jarrett

---

**PETITIONING THE COURT**

☒ To issue a Warrant, deny the Petition (Docket Entry 47) as moot, and Seal this Petition Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☐ To deny the Petition (Docket Entry 47) as moot and Supersede with this Petition to be Filed Under Seal
☐ To issue a Summons and deny the Petition (Docket Entry 47) as moot
☐ To deny the Petition (Docket Entry 47) as moot and Supersede with this Petition

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | **Mandatory (1)** | **You must not commit another federal, state, or local crime.** |
| | | On March 12, 2024, Mr. Anderson violated this condition of supervised release by failing to participate in the substance abuse treatment program at the U.S. Probation office by intentionally and knowingly attempting to provide a false urine specimen. Mr. Anderson was in possession of a deceptive urine dispensing device called a "wizzinator". The device was strapped on Mr. Anderson's body and contained a yellow liquid appearing to be urine. |

52

Mr. Anderson attempted to submit this liquid as his own urine to avoid detection of drug use. Pursuant to A.C.A. § 5-60-201(a)(l)(A)(iii), this conduct constitutes a Class B misdemeanor.

On June 18, 2025, Mr. Anderson violated this condition of supervised release when he was found to be driving with a suspended driver's license, as evidenced by his citation for Driving on Suspended License, as documented by the Saline County Sheriff's Office citation # 0A0A2099861. The case is scheduled for plea and arraignment on August 21, 2025, at 8:00 a.m.

On June 21, 2025, Mr. Anderson violated this condition of supervised release when he was stopped for failure to yield the right of way and found to be driving with a suspended driver's license, as evidenced by his citation for Failure to Yield the Right of Way and Driving on Suspended License, as documented by the White County District Court in Case No.SEC-25-1473. The case is scheduled for plea and arraignment on August 7, 2025, at 9:00 a.m.

On September 3, 2025, Mr. Anderson violated this condition of supervised release when a vehicle he was driving fled from officers. During the pursuit, officers observed multiple plastic bags containing suspected methamphetamine being thrown from the vehicle. After the vehicle was rendered inoperable, Mr. Anderson fled on foot, but was located shortly thereafter. A search of the vehicle revealed multiple drug paraphernalia items, as evidenced by his arrest for Resisting Arrest/Detention/Stop by Fleeing-Creating Substantial Risk of Injury/Death, Possession of Controlled Substance Except 35 Grams or Less of Marijuana/Synth Cannabinoid, Operated a Motor Vehicle in a Careless and Imprudent Manner, Littering-1st Offense, Delivery of Controlled Substance Except 35 Grams or Less of Marijuana or Synth Cannabinoid, Unlawful Possession of Drug Paraphernalia Amphetamine or Methamphetamine, and Driving while Revoked/Suspended, as documented by the Ozark County, Missouri, Sheriff Department's Probable Cause Statement. The case is pending in Case No. 2025-0326 in Ozark County Circuit Court.

Mr. Anderson was not given permission to travel to Missouri and he is currently in state custody.

2 Mandatory (3) **You must refrain from unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

On December 5, 2024, Mr. Anderson admitted he used fentanyl on December 3, 2024, and signed an admission form.

On December 10, 2024, Mr. Anderson submitted a urine specimen which tested and confirmed dilute and positive for the use of amphetamine, methamphetamine, and buprenorphine.

On January 22, 2025, Mr. Anderson admitted that he used hydrocodone on or about January 20, 2025, and signed an admission form.

On January 22, 2025, Mr. Anderson admitted that he used suboxone on or about January 22, 2025, and signed an admission form.

On March 12, 2025, Mr. Anderson admitted he use methamphetamine on March 10, 2025, and signed an admission form.

On June 18, 2025, Mr. Anderson admitted he used methamphetamine, fentanyl and MDMA on June 15, 2025, and signed an admission form.

3 Standard (2) **After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed**

Mr. Anderson violated this condition of supervised release when he failed to report to the probation office on September 3, 2025, at 2pm, as instructed by his supervision officer. Additionally, Mr. Anderson reported he would not be able to report to the probation office due to lack of transportation.

4 Standard (3) **You must not knowing leave the federal judicial district where you are authorized to reside without first getting permission from the court or probation officer.**

Mr. Anderson violated this condition of supervised release when he traveled to Ozark County, Missouri, without prior approval from the court or the probation officer.

5 Standard (9) **If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.**

Mr. Anderson violated this condition of supervised release when he failed to notify the probation officer within 72 hours of his law enforcement contact and receipt of traffic citations on June 18 and 21, 2025.

6 Special (1) **You must participate in a substance abuse treatment program under the guidance and supervision of the probation office. The program may**

Name of Offender: Jaycob Luke Anderson Case Number: 4:21-CR-00170-BSM-1

**include drug and alcohol testing, outpatient counseling, and residential treatment. You must abstain from the use of alcohol during treatment. You must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on the ability to pay as determined by the probation office. If you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived.**

Mr. Anderson violated this condition of supervised release by failing to submit a urine specimen on January 14, 2025.

Mr. Anderson violated this condition of supervised release by failing to submit a urine specimen on March 12, 2025.

Mr. Anderson violated this condition of supervised release when he was unsuccessfully discharged from Arisa Health Systems therapeutic community treatment program on June 13, 2025, for violating program rules by leaving the treatment facility without permission at 2:30 a.m.

Talia McDaniel
U.S. Probation Officer

Executed on September 5, 2025

Stacy Williams
Assistant U.S. Attorney

Executed on 9/5/2025

Approved by:

Supervising U.S. Probation Officer

THE COURT ORDERS that this document be filed ☑ under seal ☐ as a public document, and

☑ a Warrant be issued, Petition (Docket Entry 47) is denied as moot, and directing this Petition be Sealed Pending Execution (cc: U.S. Probation and U.S. Marshal only).

☐ a Summons be issued, and Petition (Docket Entry 47) is denied as moot.

☐ the Petition (Docket Entry 47) is denied as moot and is Superseded by this Petition.

☐ Other:

Name of Offender: Jaycob Luke Anderson Case Number: 4:21-CR-00170-BSM-1

Honorable Brian S. Miller
United States District Judge

9-10-2025
Date

A TRUE COPY I CERTIFY
TAMMY H. DOWNS, CLERK
By D.C.